# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0152
_____

JERRY GILBERT,

Appellant,

v.

DOR CHILD SUPPORT
ENFORCEMENT,

Appellee.

_____

On appeal from an order of the Division of Administrative Hearings.
James H. Peterson, III, Judge.

March 18, 2019

PER CURIAM.

Upon consideration of Appellee Department of Revenue's confession of error, we vacate the final order and remand for further proceedings.

MAKAR, WINSOR, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Jerry Gilbert, pro se, Appellant.

Ashley B. Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.